# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: REASSIGNMENT OF JUDGES OF :   No. 340 Common Pleas Judicial
THE COURT OF COMMON PLEAS OF   :   Classification Docket
THE FIFTH JUDICIAL DISTRICT OF    :
PENNSYLVANIA                    :
                                    :

## O R D E R

**PER CURIAM:**

AND NOW, this 13th day of February, 2017, upon consideration of the Petition of the Honorable Jeffrey A. Manning, President Judge of the Court of Common Pleas of the Fifth Judicial District of Pennsylvania, for the reassignments of Judges to divisions of the court, it is hereby ORDERED that the Petition is granted and the following assignments are approved:

Criminal Division

The Honorable John A. Zottola

Orphans Division

The Honorable Michael E. McCarthy
The Honorable Joseph K. Williams, III